# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOWARD A. ALLEN, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:01-cv-1658-JDT-TAB |
| | ) | |
| BILL WILSON, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

**Final Judgment**

In conformity with the Entry issued this date,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Allen's petition for writ of habeas corpus is **granted** to the following extent: Allen's sentence of death is **vacated** in *State of Indiana v. Howard Allen,* Marion Superior Court Cause No. CR87-194C**,** this writ of habeas corpus is **issued,** and the State of Indiana shall resentence Allen to an available sentence under Indiana law, excluding death, within 180 days from the issuance of this Final Judgment.

Court costs are taxed against the Respondent. Petitioner shall recover court costs not already authorized and has 21 days to seek recovery of such costs.

All relief not expressly granted is denied. This is a final judgment.

Date: 7/3/2012

John Daniel Tinder, Judge
Sitting by Designation

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Kelly Miklos
Kelly.Miklos@atg.in.gov

Stephen R. Creason
stephen.creason@atg.in.gov

James Blaine Martin
james.martin@atg.in.gov

Laurence E. Komp
lekomp@swbell.net

Alan M Freedman
fbpc@aol.com

Carol Rose Heise
fbpc@aol.com